(Slip Opinion) Cite as: 560 U. S. ____ (2010) 1

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

————

No. 08–7621

————

## JOE HARRIS SULLIVAN, PETITIONER *v.* FLORIDA

ON WRIT OF CERTIORARI TO THE DISTRICT COURT OF APPEAL OF FLORIDA, FIRST DISTRICT

[May 17, 2010]

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*